```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA
```

**Alexandria Division**

```
_____
TODD E. HENDERSON,           )
                             )
          Petitioner,        )
v.                           )    Criminal No. 1:03cr93
                             )    Civil Action No. 1:05cv830
UNITED STATES OF AMERICA,    )
                             )
          Respondent.        )
_____)
```

## ORDER

This matter comes before the Court on the petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255.  For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the petitioner's motion is DENIED.

The Clerk is directed to send a copy of this Order and a copy of the accompanying Memorandum Opinion to the petitioner and to the United States Attorney of this District.

```
                                             /S/
                             _____
                             CLAUDE M. HILTON
                             UNITED STATES DISTRICT JUDGE
```

Alexandria, Virginia
June 12    , 2006